```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MAINE
```

**PATRICIA F. SCHAEFER,**              )
**Plaintiff,**                          )
                                        )
    v.                               )   Civ. No. 04-278-PS
                                        )
**JO ANNE B. BARNHART,**                )
**Commissioner,**                       )
**Social Security Administration,**     )
**Defendant.**                          )
_____)

## Order

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. 405(g), and in light of the Government's request to remand this action for further development of the record by an administrative law judge (AALJ@),

IT IS HEREBY ORDERED that, upon remand, the ALJ will be instructed to consider Dr. Van Orden's opinions and to provide rationale for the weight assigned to those opinions, in accordance with <u>Social Security Ruling</u> 96-2p.  Plaintiff has reviewed the terms of remand as set forth in the motion for remand.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) with a remand

of the cause to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED.

                                /s/ George Z. Singal  
                              U.S. District Chief Judge

Dated: May 18, 2005.