**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **PATRICIA F. SCHAEFER,** ) | |
|                     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil No. 04-278-P-S** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
|                       **Defendant.** ) | |

**ORDER ACCEPTING THE**
**PARTIES' SETTLEMENT AGREEMENT ON ATTORNEY'S FEES**

Before the Court are the Consent Motion for Entry of Order Accepting the Parties' Settlement Agreement on Attorney's Fees (Docket # 14) and Plaintiff's Motion for Attorney's Fees Pursuant to EAJA (Docket # 13).  Upon review of the parties submissions, the Court GRANTS the Consent Motion (Docket # 14) and accepts the parties' settlement agreement under which Plaintiff's counsel will receive two thousand, eight hundred and fifty dollars ($2,850.00) in attorney's fees and an additional one hundred and fifty dollars ($150.00) in costs.

As a result of the Court's approval of this settlement agreement regarding attorney's fees, Plaintiff's Motion for Attorney's Fees (Docket # 13) is hereby MOOT.

SO ORDERED.

                                                         /s/ George Z. Singal
                                                     Chief United States District Judge

Dated this 23rd day of June 2005.